HAROLD P. SMITH, ESQ. (SBN: 126985)
psmith@dhillonsmith.com
KRISTA L. SHOQUIST, ESQ. (SBN: 264600)
kshoquist@dhillonsmith.com
DHILLON & SMITH LLP
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Plaintiff
Harmeet K. Dhillon

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### San Francisco Division

| | |
|---|---|
| HARMEET K. DHILLON,<br><br>    Plaintiff,<br><br>    v.<br><br>DOE 1, an unknown individual, et al.,<br><br>    Defendants. | Case No. 13-01465-JCS<br><br>**AMENDED[1] [PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR LEAVE TO TAKE LIMITED DISCOVERY PRIOR TO A RULE 26(f) CONFERENCE** |

---

[1] Plaintiff's *Ex Parte* Application For Leave to Take Limited Discovery Prior to a Rule 26(f) Conference, filed April 2, 2013 (Doc. 2), sought leave to serve a subpoena on "**New Dream** Network, LLC, on behalf of DreamHost." However, the original [Proposed] Order submitted with that *ex parte* application (Doc. 2-1), and the subsequent Order filed on April 3, 2013 (Doc. 6), contained a typographical error with respect to the name of the subpoenaed entity, listing it as "**DreamHost** Network, LLC, on behalf of DreamHost." Plaintiff thus respectfully requests that the Court remedy this error by granting this Amended [Proposed] Order, which is identical in substance to the Court's Order of April 3rd, other than with respect to the name of the entity to be subpoenaed.

**Amended [Proposed] Order**          1          **DHILLON & SMITH LLP**

The Court, having reviewed Plaintiff's *Ex Parte* Application for Leave to Take Limited Discovery Prior to a Rule 26 Conference and the supporting documents submitted therewith, and good cause appearing therefore, hereby grants Plaintiff's *Ex Parte* Application and orders as follows:

1. **IT IS HEREBY ORDERED** that Plaintiff is allowed to serve immediate discovery on New Dream Network, LLC, on behalf of DreamHost, in order to obtain the identity of the Doe Defendants listed in Plaintiff's Complaint by serving a Rule 45 subpoena that seeks information sufficient to identify each such Defendant, including the account information for the domain name "Mungergames.net," hosted by DreamHost, and the name, addresses, telephone numbers, and email addresses of each such Defendant.

2. **IT IS FUTHER ORDERED** that Plaintiff's counsel shall issue subpoena(s) in substantially the same form as the example attached as Exhibit 1 to Plaintiff's *Ex Parte* Application for Leave to Take Limited Discovery Prior to a Rule 26 Conference, with each subpoena including a copy of this Order.

3. **IT IS FURTHER ORDERED** that New Dream Network, LLC, will have 30 days from the date of service upon it to serve each entity or person whose information is sought with a copy of the subpoena and a copy of this Order. New Dream Network, LLC may serve the entities and persons using any reasonable means, including written notice sent to the entity's or person's last known address, transmitted either by first-class mail or overnight service.

4. **IT IS FURTHER ORDERED** that each entity and person and New Dream Network, LLC, will have 30 days from the date of service upon him, her, or it to file any motions in this court contesting the subpoena (including a motion to quash or modify the subpoena). If that 30-day period lapses without the entity contesting the subpoena,

New Dream Network, LLC, shall have 10 days to produce to Plaintiff the information responsive to the subpoena with respect to that entity.

5. **IT IS FURTHER ORDERED** that, because no appearance by a person at a deposition is required by the subpoena, instead only production of documents, records and the like is required, the witness and mileage fees required by Rule 45(b)(1) of the Federal Rules of Civil Procedure do not apply and no such fees need be tendered.

6. **IT IS FURTHER ORDERED** that New Dream Network, LLC, shall not assess any charge to the Plaintiff in advance of providing the information requested in the subpoena, and that if New Dream Network, LLC, elects to charge for the costs of production, it shall provide a billing summary and cost reports that serve as a basis for such billing summary and any costs claimed by such recipient.

7. **IT IS FURTHER ORDERED** that New Dream Network, LLC, shall preserve all subpoenaed information pending its delivering such information to Plaintiff or the final resolution of a timely filed and granted motion to quash the subpoena with respect to such information.

8. **IT IS FURTHER ORDERED** that any information disclosed to Plaintiff in response to a subpoena may be used by Plaintiff solely for the purpose of protecting its rights under the Copyright Act, 17 U.S.C. § 101 et seq, and may not be disclosed to anyone other than the parties in this action and their counsel of record pending further order of this Court.

**IT IS SO ORDERED.**

Date: __4/9_____, 2013

_____
Honorable Judge of the
United States District Court,
Northern District of California

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero)*

---

**Amended [Proposed] Order**            3            **DHILLON & SMITH LLP**