# EXHIBIT A

Subject: Welcome to GoDaddy.com!
From: sales@godaddy.com (sales@godaddy.com)
To: Redacted
Date: Friday, June 8, 2012 7:54 AM

View Mobile Friendly Version

Aaron Park, welcome to GoDaddy.com. Now SAVE 25%*.



ORDER CONFIRMATION FROM GODADDY.COM

# Welcome to GoDaddy.com!

Enter domain

**Billing Questions?**
(480) 505-8855

**Customer Number:** 53509031
**Username:** 53509031
**Receipt Number:** 433807176

**Live 24/7 Sales & Support**
(480) 505-8877

Dear Aaron Park,

This email contains important information regarding your recent GoDaddy.com purchase – please save it for reference.

## Save 25%
**off your next purchase of $75.00 or more***

| | | | |
|---|---|---|---|
| .INFO Domain Name Registration - 1 Year (recurring) | | | $0.18 |
| MUNGERWATCH.INFO | Quantity: | 1 domain(s) | |
| .COM Domain Name Registration - 1 Year (recurring) | | | $13.17 |
| MUNGERWATCH.COM | Quantity: | 1 domain(s) | |
| Subtotal: | | | $13.35 |
| Shipping & Handling: | | | $0.00 |
| Tax: | | | $0.00 |

**Order Total**

### Go Daddy Deals
Deluxe Hosting - Just $8.99 $6.99/mo. Host with 150GB space, 1500GB transfer, FREE software & more

Search Engine Visibility - Just $35.88/yr. Easily optimize your site for Google, Yahoo!, and other top search engines

### More For You
Domain Names
Private Registration
Web Hosting
SSL Certificates
WebSite Tonight®
Search Engine Visibility
Business Registration
Web-Based Email
Certified Domains
Quick Shopping Cart®
Dedicated/Virtual Dedicated Hosting
More...

Access all your products:



### New & Noteworthy
.CO – get the recognizable domain. Don't settle for what's available! Choose the name you

**Important Information concerning your purchase:**

Universal Terms of Service    Legal Agreement

Domain Registration    Product Info    Legal Agreement

Subject: GoDaddy.com Order Confirmation
From: sales@godaddy.com (sales@godaddy.com)
To: Redacted
Date: Friday, June 8, 2012 3:56 PM

View Mobile Friendly Version

Aaron Park, thank you for your order. Now SAVE 25%*.

# Go Daddy.com

ORDER CONFIRMATION FROM GODADDY.COM

## Thank you for your order!

Enter domain

Billing Questions?
(480) 505-8855

| Customer Number: | Username: | Receipt Number: |
|---|---|---|
| 53509031 | 53509031 | 433846514 |

Live 24/7 Sales & Support
(480) 505-8877

Dear Aaron Park,

This email contains important information regarding your recent GoDaddy.com purchase – please save it for reference.

## Save 25%
off your next purchase of $75.00 or more*

| .CO Bulk Domain Name Registration (6-20) (recurring) | | | $12.99 |
|---|---|---|---|
|  MUNGERWATCH.CO | Quantity: Term: | 1 domain(s) 1 year(s) | |

| .NET Bulk Domain Name Registration (6-20) (recurring) | | | $11.17 |
|---|---|---|---|
| MUNGERWATCH.NET | Quantity: | 1 domain(s) | |

### Go Daddy Deals
Deluxe Hosting - Just $8.99 $6.99/mo
Host with 150GB space, 1500GB transfer, FREE software & more.

Search Engine Visibility - Just $35.88/yr. Easily optimize your site for Google, Yahoo, and other top search engines.

| .ORG Bulk Domain Name Registration (6-20) (recurring) | | | $8.17 |
|---|---|---|---|
| MUNGERWATCH.ORG | Quantity: | 1 domain(s) | |

### More For You
Domain Names
Private Registration
Web Hosting
SSL Certificates
WebSite Tonight®
Search Engine Visibility
Business Registration
Web-Based Email
Certified Domains
Quick Shopping Cart®
Dedicated/Virtual Dedicated Hosting
More...

| .MOBI Bulk Domain Name Registration (6-20) (recurring) | | | $8.17 |
|---|---|---|---|
| MUNGERWATCH.MOBI | Quantity: | 1 domain(s) | |

| .BIZ Bulk Domain Name Registration (6-20) (recurring) | | | $7.17 |
|---|---|---|---|
| MUNGERWATCH.BIZ | Quantity: | 1 domain(s) | |

| .US Bulk Domain Name Registration (6-20) (recurring) | | | $4.99 |
|---|---|---|---|
| MUNGERWATCH.US | Quantity: | 1 domain(s) | |

### New & Noteworthy
 .CO – get the recognizable domain. Don't settle for what's available! Choose the name you

| | |
|---|---:|
| Subtotal: | $52.66 |
| Shipping & Handling: | $0.00 |
| Tax: | $0.00 |

**Order Total**

really want! ~~$29.99~~ $12.99/yr.
Get one now!

Earn extra CA$H!
**You're a Go Daddy Affiliate.**
Log in NOW and earn up to
30% on qualified orders!

Go Daddy Mobile
Use GoDaddyMobile.com and
our family of apps to purchase,
manage and renew products
on the go.



 BlackBerry.

Access all your products: 

**Important Information concerning your purchase:**

| | | |
|---|---|---|
| Universal Terms of Service | Legal Agreement | |
| Domain Registration | Product Info | Legal Agreement |
| Quick Blogcast | Product Info | Legal Agreement |
| Starter Web Page or For Sale Page | Product Info | |
| Free Personal Email | Product Info | Legal Agreement |

Find another domain:   

.COM - ~~$14.99~~ $12.99†     .CO - ~~$29.99~~ $12.99    .NET - $14.99†    .ORG - $14.99†    .ME - ~~$19.99~~ $7.99†    .BIZ - $14.99†

     

*Not applicable to ICANN fees, taxes, transfers, bulk pricing, premium domains, or Search Engine Visibility advertising budget. Cannot be used in conjunction with any other offer, sale, discount or promotion.

†Plus ICANN fee of $0.18 per domain name year.

Prices are current as of 6/8/2012, and may be changed without notice.

Third-party marks and logos are registered trademarks of their respective owners. All rights reserved.

Copyright © 1999-2012 GoDaddy.com, LLC. All rights reserved.

# EXHIBIT B

**Political Apocalypse Partnership**
801 Riverside Ave Ste 100
Roseville, CA 95678

6-12, 2012

Pay to the Order of: Aaron F. Pank    $ 66.01

Sixty Six and 01/100 Dollars

**Umpqua Bank**
1801 Douglas Blvd
Roseville, CA 95661

For: Mungerwatch domains

Redacted

# EXHIBIT C



**NETitecture.com**
1079 Sunrise Ave.
Suite B-145
Roseville, CA 95661

# Invoice

| Date | Invoice # |
|---|---|
| 8/27/2012 | 2211 |

| Bill To |
|---|
| Aaron Park |
| c/o Park Family Insurance |
| 801 Riverside Ave. |
| Roseville, CA 95678 |

| Due Date |
|---|
| 9/1/2012 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| MungerWatch website development, setup, hosting thru Nov 2012 | | 450.00 | 450.00 |

We appreciate your prompt payment.

**Total** $450.00

NETitecture.com now can accept credit cards thru PayPal. Simply goto http://www.netitecture.com/custpay/ and enter the invoice # and payment amount and then click the button to take you to PayPal to complete the transaction. Please note there is an ~3% convenience fee to use this payment service.

# EXHIBIT D

## Checking/MMA Deposit

Date 7-20-2012

Political Apocalypse Partnership
801 Riverside Ave Ste 100
Roseville, CA 95678
991914268

Cash
Total Checks  450.00
Sub-Total
Less Cash Back
TOTAL DEPOSIT  450.00

Account Number

Name (PLEASE PRINT)

Signature (PLEASE SIGN IN TELLER'S PRESENCE FOR CASH BACK)

Redacted



MICHAEL J. SCHROEDER
32 MORRO BAY DRIVE
CORONA DEL MAR, CA 92625

Date 7/10/12

Pay to the Order of Political Apocalypse Partnership  $ 450.00

Four hundred fifty & NO/100's — Dollars

NATIONAL BANK of California
575 Anton Boulevard, Suite 140
Costa Mesa, CA 92626

For Redacted

# EXHIBIT E

**Political Apocalypse Partnership**
801 Riverside Ave Ste 100
Roseville, CA 95678

9-12-2012

Pay to the Order of: Netitecture.com    $450.00

Four Hundred Fifty and 00/100 Dollars

**Umpqua Bank**
1801 Douglas Blvd
Roseville, CA 95661

For: Invoice #2211 website

Redacted