HAROLD P. SMITH, ESQ. (SBN: 126985)
psmith@dhillonsmith.com
KRISTA L. SHOQUIST, ESQ. (SBN: 264600)
kshoquist@dhillonsmith.com
PRIYA BRANDES, ESQ. (SBN: 286714)
pbrandes@dhillonsmith.com
DHILLON & SMITH LLP
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Plaintiff
Harmeet K. Dhillon

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### San Francisco Division

| | |
|---|---|
| HARMEET K. DHILLON, an individual, | Case Number: C 13-1465 SI |
| Plaintiff, | **DECLARATION OF HARMEET K. DHILLON IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO TAKE LIMITED DISCOVERY ON GOOGLE, INC. PRIOR TO A RULE 26(f) CONFERENCE** |
| v. | |
| DOE 1, an unknown individual, and DOES 2 through 10, | |
| Defendants. | |

I, Harmeet K. Dhillon, declare:

1. I am the Plaintiff in the above-captioned action. I am an attorney at law duly admitted to practice before all Courts of the State of California, and the founding

**Declaration of Harmeet K. Dhillon**    1    **DHILLON & SMITH LLP**

partner of the firm of Dhillon & Smith LLP.  I have personal knowledge of the matters set forth herein and if called as a witness could and would competently testify thereto. As to those matters stated on information and belief, I believe them to be true.

2. In March 2008, I commissioned photographer Colin Hussey to take a number of photographs of myself in connection with my candidacy for Member of the State Assembly, District 13 (the "2008 Photographs"). Among the 2008 Photographs was the Headshot Photograph that is the work at issue in this case. I paid Mr. Husey for taking the series of photographs that included the Headshot Photograph in 2008.

3. I have used the Headshot Photograph in my political campaign political activities and in various professional marketing efforts, beginning in or around June 2008. I am the sole owner of the Headshot Photograph and the copyright therein.

4. Mr. Hussey and I entered into a Copyright Assignment Agreement, by which Mr. Hussey transferred to me all rights (including copyrights), title and interest in and to 2008 Photographs, including the Headshot Photograph. This document memorializes our 2008 agreement that the photographs he took for me, belonged exclusively to me.

5. The Headshot Photograph is registered with the U.S. Copyright Office.

6. On February 12, 2013, I first learned that an article entitled "Meet Harmeet" had been published on the website www.MungerGames.net ("MungerGames"), and posted the Headshot Photograph at the top of the article. The article was posted anonymously.

7. I have never given permission or authorization for use, copying, or distribution of the Headshot Photograph in the "Meet Harmeet" article or on the MungerGames website.

8. Upon learning of the "Meet Harmeet" article, I promptly took all reasonable steps to discover the identity of the individual(s) responsible for its posting.

**Declaration of Harmeet K. Dhillon**        2        **DHILLON & SMITH LLP**

1 | Through my counsel, I sought and obtained permission of this Court to serve a Rule 45 subpoena to New Dream Network, LLC, on behalf of DreamHost, which is the web hosting provider that hosts the domain name Mungergames.net. There has not yet been production pursuant to this subpoena.

9. On multiple occasions, I have received emails from the email address mungerwatch@gmail.com, providing information and updates about the Munger Games blog and including links directly to the website at www.mungergames.net. I received these emails on several occasions, including on the following specific dates: February 15, 2013; May 8, 2013; June 3, 2013; June 19, 2013; July 2, 2013; July 15, 2013.

10. On the morning of Monday, August 26, 2013, I learned for the first time that an individual (or individuals) using the email address themungergames@gmail.com sent out email blasts to undisclosed recipients, providing information and updates about the Munger Games blog and including links directly to the website at www.mungergames.net.

11. If the Headshot Photograph continues to be used, copied and distributed in the manner described in this action, it could have a deleterious effect on the market for licenses to use the Headshot Photograph.

12. I could not obtain a stipulation for this Administrative Motion because, despite exhausting traditional avenues for identifying Defendants pre-service, I cannot identity the Defendants with whom to confer until the requested discovery takes place.

**Declaration of Harmeet K. Dhillon** 3 **DHILLON & SMITH LLP**

1   I declare under penalty of perjury that the foregoing is true and correct under the
2   laws of the state of California, except for those matters stated on information and belief
3   and I believe those matters to be true.

Date: August 26, 2013

_____
Harmeet K. Dhillon

**Declaration of Harmeet K. Dhillon**  4   **DHILLON & SMITH LLP**