HAROLD P. SMITH, ESQ. (SBN: 126985)
psmith@dhillonsmith.com
KRISTA L. SHOQUIST, ESQ. (SBN: 264600)
kshoquist@dhillonsmith.com
PRIYA BRANDES, ESQ. (SBN: 286714)
pbrandes@dhillonsmith.com
DHILLON & SMITH LLP
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Plaintiff
Harmeet K. Dhillon

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### San Francisco Division

| | |
|---|---|
| HARMEET K. DHILLON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DOE 1, an unknown individual, and DOES 2 through 10,<br><br>Defendants. | Case Number: 13-01465-JCS<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES, PURSUANT TO LOCAL RULE 7-11<br><br>Date of CMC: September 6, 2013<br>Time: 2:30 p.m.<br>Place: Ctrm 10, 19th Floor |

The Court, having reviewed the Administrative Motion to Continue the Case Management Conference and Related Deadlines Pursuant to Local Rule 7-11

---

**[Proposed] Order**                                    1                    **DHILLON & SMITH LLP**

("Administrative Motion") filed by Plaintiff Harmeet K. Dhillon, and the supporting documents submitted therewith, and good cause appearing therefore, hereby grants Plaintiff's Administrative Motion and orders as follows:

    1.    **IT IS HEREBY ORDERED** that the Case Management Conference scheduled for September 6, 2013, is continued by seven (7) weeks to Friday, ~~October 25,~~ Nov. 1 2013, at 2:30 p.m.

    2.    **IT IS FUTHER ORDERED** that counsel are directed to file a joint case management statement in compliance with the Civil Local Rules and the Standing Order for All Judges of the Northern District of California not less than seven (7) days before the conference.

**IT IS SO ORDERED.**

Date: __8/27__, 2013

_____
Honorable Judge of the
United States District Court,
Northern District of California

[Proposed] Order      2      DHILLON & SMITH LLP