AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |
|---|---|---|

HARMEET K. DHILLON, an individual

Plaintiff (s),

**V.**

DOE 1, an unknown individual, et al.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 13 - cv - 01465

Notice is hereby given that, subject to approval by the court, Michael J. Schroeder substitutes

(Party (s) Name)

Rick A. Cigel , State Bar No. 105424 as counsel of record in

(Name of New Attorney)

place of Marc A. Karlin .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: The Cigel Law Group, P.C.

Address: 10866 Wilshire Blvd., Suite 400, Los Angeles, CA 90024

Telephone: (424) 901-8513     Facsimile (424) 901-8514

E-Mail (Optional): rick.cigel@cigellawgroup.com

I consent to the above substitution.

Date: 10/3/2013

(Signature of Party (s))

I consent to being substituted.

Date: 10/3/2013

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 10/3/2013

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 10/10/13

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

1    PROOF OF SERVICE

2    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

3
     CASE NAME:  **HARMEET K. DHILLON v. DOE 1**
4    CASE NO.       **C 13-1465 SI**

5        The undersigned declares: I am a resident of the United States and am employed in the
6    City and County of Los Angeles, State of California; I am over the age of eighteen years and
     not a party to the within action; my business address is 10866 Wilshire Boulevard, Suite 400,
7    Los Angeles, California 90024.

8        On October 10, 2013, I served the following documents:

9    1.  **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY re: Michael J. Schroeder**

10   2.  **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY re: Doe 1**

11       By serving in the manner described below to the interested parties herein and addressed to:

12                          ***SEE ATTACHED SERVICE LIST***

13
     [ x ]   **ELECTRONIC MAILING:** I emailed copies of all documents to the above party(s) at their
14           respective email addresses as shown above.

15   [ X ]   **MAIL:** I caused such envelope(s) to be deposited in the mail at my business address, with
16           postage thereon fully prepaid, addressed to the addressee(s) designated. I am readily familiar
             with the business practice of collecting and processing correspondence to be deposited with the
17           United States Postal Service on that same day in the ordinary course of business.

18   [ X ]   **(FEDERAL):** I declare that I am employed by the office of a member of the bar of this court at
             whose direction the service was made.
19
     Executed on October 10, 2013 at Los Angeles, California.
20

21                                              Michael B. Kadish
22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*HARMEET K. DHILLON v. DOE 1*
(13-CV-01465)

Harold P. Smith, Esq.
Krista L. Shoquist, Esq.
Dhillon & Smith, LLP
177 Post Street, Suite 700
San Francisco, CA 94108

*Attorneys for Dhillon*

Joel Voelzke, Esq.
Intellectual Property Law Office of Joel Voelzke
24772 W. Saddle Peak Road
Malibu, CA 90265-3042

*Attorney for New Dream Network*

Mark A. Karlin, Esq.
Karlin & Karlin
3701 Wilshire Blvd., Ste. 1035
Los Angeles, CA 90010

*Former Attorney for*
*Michael J. Schroeder and Doe 1*