HAROLD P. SMITH, ESQ. (SBN: 126985)
psmith@dhillonsmith.com
KRISTA L. SHOQUIST, ESQ. (SBN: 264600)
kshoquist@dhillonsmith.com
DHILLON & SMITH LLP
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Plaintiff
Harmeet K. Dhillon

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARMEET K. DHILLON,<br><br>            Plaintiff,<br><br>            v.<br><br>DOE 1, et al.,<br><br>            Defendants. | Case No. 13-CV-01465 SI<br><br>**DECLARATION OF KRISTA L. SHOQUIST IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTIONS FOR LEAVE TO TAKE LIMITED DISCOVERY PRIOR TO A RULE 26(f) CONFERENCE** |

I, Krista L. Shoquist, declare:

1.     I am an attorney of record for the Plaintiff in the above-captioned action. I am an attorney at law duly admitted to practice before the Courts of the State of California.  I have personal knowledge of the matter set forth herein and if called as a

---

Declaration of Krista L. Shoquist                    **DHILLON & SMITH LLP**

-1-

witness could and would competently testify thereto.  As to those matter stated on information and belief, I believe them to be true.

2.    Attached as Exhibit A to this declaration is a true and correct copy of that part of the "Meet Harmeet" article posted on the website www.MungerGames.net in February 2013, which uses the Headshot Photograph.

3.    I originally served a subpoena to NDN dated April 11, 2013, which issued out of the Northern District of California. I subsequently served a substantively identical subpoena on NDN dated July 22, 2013, which properly issued out of and required production of documents in the Central District of California, where NDN is located.

4.    On September 20, 2013, "Defendant Doe 1," acting through the same counsel as Defendants in this action, Rick Cigel, filed in the Central District of California a Motion to Quash the subpoena to NDN, which issues from that District. Plaintiff filed an opposition to that motion on October 15, 2012, and hearing is set for November 5, 2013, pursuant to a Minute Order filed by Central District Magistrate Judge Nagle on October 7, 2013. A true and correct copy of Plaintiff's Opposition to Doe 1's Motion to Quash is attached hereto as Exhibit B.

5.    On August 22 and 26, 2013, Plaintiff filed Administrative Motions for leave to serve subpoenas on Google, Inc. ("Google") and Mr. Schroeder, based on information Plaintiff had discovered suggesting that those two sources were highly likely to possess information that would enable her to ascertain the identities of the Doe Defendants.  These requests were filed as Administrative Motions – rather than as Ex Parte Applications, as before – based on advice I received from the Clerk of Court during correspondence in or around April 2013 and August 2013, in which I was advised that if no defendants had appeared, generally an "ex parte" application was inappropriate, and that the Court would consider Plaintiff's request if it was filed as an

Declaration of Krista L. Shoquist                              DHILLON & SMITH LLP

-2-

Administrative Motion, even if the Motion exceeded the 5 page limit set forth in LR 7-11.

6.      On September 27, 2013, I served a subpoena on Google, Inc. The subpoena was issued out of the Eastern District of California. A true and correct copy of the Google subpoena is attached hereto as Exhibit C.

7.      On October 3, 2013, I contacted Google's Legal Support department and formally rescinded the September 27th subpoena, and also served Google with a copy of the October 2nd Order. I received a response from Google on the same day, acknowledging receipt of the Order and withdrawal of the subpoena and stating that "Google considers this matter closed."

8.      Attached as Exhibit D is a true and correct copy of an article posted online by the Sacramento Bee on September 19, 2013, entitled "FPPC approves new rules for political bloggers."

9.      Attached as Exhibit E is a true and correct copy of a declaration submitted by the author of the Headshot Photograph, Colin Hussey, in support of Plaintiff's Opposition to Doe 1's Motion to Quash pending in the Central District Action.

10.      Attached as Exhibit F is a true and correct copy of email correspondence between Plaintiff and New Dream Network, LLC's d/b/a, Dream Host, in February 2013, in which NDN confirms removing the Headshot Photograph from the Munger Games website immediately after Plaintiff gave NDN notification that the use of the Headshot Photograph constitutes infringement pursuant to the Digital Millennium Copyright Act.

---

Declaration of Krista L. Shoquist                    DHILLON & SMITH LLP

I declare under penalty of perjury that the foregoing is true and correct under the laws of the state of California, except for those matters stated on information and belief and I believe those matters to be true.

Date: October 18, 2013

                _____/s/ Krista L. Shoquist
                   Krista L. Shoquist

Declaration of Krista L. Shoquist

DHILLON & SMITH LLP

-4-