AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Harmeet K. Dhillon, an individual <br> *Plaintiff* <br> v. <br> DOE 1, an unknown individual, and DOES 2 through 10, <br> *Defendant* | ) ) ) ) ) ) ) ) <br> Civil Action No. 13-1465-SI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DOE 1, served through counsel of record, Rick A. Cigel, The Cigel Law Group, P.C., 10866 Wilshire Blvd., Suite 400, Los Angeles, CA 90024.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Krista L. Shoquist
Dhillon & Smith LLP
177 Post Street, Suite 700
San Francisco, California 94108
415-433-1700

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: NOV 0 6 2013

*CLERK OF COURT* **RICHARD W. WIEKING**
YUMIKO SAITO

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| Harmeet K. Dhillon, an individual | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 13-1465-SI |
| DOE 1, an unknown individual, and DOES 2 through 10, | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DOE 1, served through counsel of record, Rick A. Cigel, The Cigel Law Group, P.C., 10866 Wilshire Blvd., Suite 400, Los Angeles, CA 90024.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Krista L. Shoquist
Dhillon & Smith LLP
177 Post Street, Suite 700
San Francisco, California 94108
415-433-1700

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                        *Signature of Clerk or Deputy Clerk*