AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 13-1465-SI

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   DOE 1

was received by me on *(date)*   11/06/2013   .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:   I sent the summons, Complaint, and the supplementary materials required under Civil Local Rule 4-2 to Rick A. Cigel and Lori Schroeder, counsel for DOE 1, by electronic mail and U.S. mail on November 7, 2013, pursuant to the Court's November 4, 2013 Order (Doc. 42), which orders counsel for DOE 1 to accept service of process on DOE 1.

My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   11/11/2013

*Server's signature*

Krista L. Shoquist, counsel for Plaintiff
*Printed name and title*

Dhillon & Smith LLP, 177 Post Street, Suite 700, San Francisco, CA, 94108

*Server's address*

Additional information regarding attempted service, etc:

By email on November 7, 2013, I sent the above-listed service documents to Rick A. Cigel and Lori Schroeder, counsel for DOE 1, and asked counsel to confirm acceptance of service of process on behalf of DOE 1. As of the time of filing this Proof of Service, I have not received any reply to that email.