MATTHEW ZIMMERMAN (SBN 212423)
mattz@eff.org
CORYNNE MCSHERRY (SBN 221504)
corynne@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy St.
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for *Amicus Curiae*
ELECTRONIC FRONTIER FOUNDATION

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HARMEET K. DHILLON,<br><br>       Plaintiff,<br><br>   vs.<br><br>DOE 1, an unknown individual, and DOES 2-10,<br><br>       Defendants. | Case No. 13-1465 SI<br><br>**[PROPOSED] ORDER GRANTING MOTION OF THE ELECTRONIC FRONTIER FOUNDATION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE*** |

     Before the Court is the motion to file a brief amicus curiae by Electronic Frontier Foundation in Support of Defendant's Motion for Judgment on the Pleadings.

     Having considered the pleadings and good cause appearing, it is hereby **ORDERED** that the motion for leave to file an *amicus curiae* brief is **GRANTED**.

**IT IS SO ORDERED.**

DATED: _____   _____

                                                 Hon. Susan Ilston
                                                 United States District Judge