HAROLD P. SMITH, ESQ. (SBN: 126985)
psmith@dhillonsmith.com
KRISTA L. SHOQUIST, ESQ. (SBN: 264600)
kshoquist@dhillonsmith.com
DHILLON & SMITH LLP
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Plaintiff
Harmeet K. Dhillon

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HARMEET K. DHILLON,<br><br>          Plaintiff,<br><br>     v.<br><br>DOE 1, et al.,<br><br>          Defendants. | Case No. 13-cv-01465 SI<br><br>**DECLARATION OF TAB BERG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION BY DEFENDANT DOE 1 FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FRCP 12(C) OR FOR SUMMARY JUDGMENT**<br><br>Date:  February 28, 2014<br>Time: 9:00 a.m.<br>Courtroom 10, 19th Floor<br>Hon. Susan Illston |

I, Tab Berg, declare:

1.     I am a public relations, campaign strategy, media relations and communications specialist and the founder and owner of TABcommunications, inc., a corporation specializing in

---

**Declaration of Tab Berg**                          1                    **DHILLON & SMITH LLP**

campaign, public education and media consulting in California. I have personal knowledge of the matters set forth herein and if called as a witness could and would competently testify thereto. As to those matters stated on information and belief, I believe them to be true.

2.    Over the past 20 years, I have advised hundreds of elected officials, business and trade organizations, political groups and candidates for public office on communications, public policy, campaigns, messaging, internet, communications and political action. I have authored numerous articles on political communication and am a coauthor of the book "About Face - the role of internet in modern campaigns." I have lectured and conducted professional training nationally and internationally on political communication for groups ranging from National Endowment for Democracy (International Republican Institute), Northern California Lincoln Club, Public Police Institute and more than a dozen political party groups.

3.    In my experience, the value of an individual's headshot photograph decreases when it is used in a negative and/or unauthorized way, and such use can devalue the "brand" of the person depicted in the photograph.

4.    In my experience, professional political figures zealously guard and protect the images they release to the public, and I instruct my clients to be selective about which images are released, to whom, and at what time.

5.    I am aware of several firms that exist solely to protect the value of a client's images online, including by patrolling the Internet to determine where a client's image is used negatively, and taking action to negate the harmful effects of that use.

6.    Based on my experience and understanding of the facts of this case, it is my opinion that the unauthorized of a headshot photograph of Harmeet Dhillon decreases the value and usefulness of the photograph to Ms. Dhillon.

7.    Based on my experience, it is my opinion that the unauthorized use of a headshot photograph of Harmeet Dhillon decreases the value and usefulness of the photograph to third

**Declaration of Tab Berg**                    2                    **DHILLON & SMITH LLP**

parties, who might otherwise seek to license the photograph from Ms. Dhillon, for the same reasons stated above.

8. In my experience, a headshot photograph of an individual remains useful and valuable for several years following its original creation, and the fact that a headshot photograph from 2008 is being used in 2013 would not have any effect on the value of the headshot photograph in 2013. In fact, many political figures, including my clients, routinely use headshot photographs from prior years, to identify and represent themselves to the public.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed at the date set forth below in  Sacramento , California.

Date: January 27, 2014

_____
Tab Berg

---

**Declaration of Tab Berg**          3          **DHILLON & SMITH LLP**