HAROLD P. SMITH, ESQ. (SBN: 126985)
psmith@dhillonsmith.com
KRISTA L. SHOQUIST, ESQ. (SBN: 264600)
kshoquist@dhillonsmith.com
DHILLON & SMITH LLP
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Plaintiff
Harmeet K. Dhillon

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HARMEET K. DHILLON,<br><br>   Plaintiff,<br><br>   v.<br><br>DOE 1, et al.,<br><br>   Defendants. | Case No. 13-cv-01465 SI<br><br>**DECLARATION OF COLIN HUSSEY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION BY DEFENDANT DOE 1 FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FRCP 12(C) OR FOR SUMMARY JUDGMENT**<br><br>Date:  February 28, 2014<br>Time: 9:00 a.m.<br>Courtroom 10, 19th Floor<br>Hon. Susan Illston |

  I, Colin Hussey, declare:

  1. I am a photographer who does business in San Francisco, California.  I have personal knowledge of the matters set forth herein and if called as a witness could and would

---

**Declaration of Colin Hussey**    1    **DHILLON & SMITH LLP**

competently testify thereto. As to those matters stated on information and belief, I believe them to be true.

2. In or around March 2008, Harmeet K. Dhillon commissioned me to take photographs of her in connection with her candidacy for Member of the State Assembly, District 13. It was my understanding that the photographs I took would be used by Ms. Dhillon in connection with her political activities and professional marketing efforts.

3. In connection with this assignment, I created photographs of Ms. Dhillon, including the headshot photograph ("Headshot Photograph") that I am informed and believe was published on the website www.mungergames.net in February 2013. I transferred all rights, title and interest in and to the photographs to Ms. Dhillon.

4. The purpose of this declaration is to describe the creative process I used in creating the Headshot Photograph for Ms. Dhillon in 2008. All of the following decisions were made by me for the purpose of creating a photograph of Ms. Dhillon that was aesthetically pleasing, would allow her intended audience to easily identify her, and would convey a message of professionalism, intelligence and compassion.

5. I chose Union Square, San Francisco as the venue for the Headshot Photograph because it was the most presentable outdoor location in the neighborhood of Ms. Dhillon's office.

6. I specifically chose to frame Ms. Dhillon against the speckled grey steps of Union Square in order to set off her features and highlight her face.

7. I instructed Ms. Dhillon to pose so that her face was at an angle, rather than directly facing the camera, because like most subjects, one side of her face looks better than the other. I also chose this pose to ensure that Ms. Dhillon was not squinting into the sun.

8. I arranged Ms. Dhillon so that she was directly facing the sun. This allowed the light to reflect directly off of her face and prevent shadows from obscuring her features.

**Declaration of Colin Hussey**   2   **DHILLON & SMITH LLP**

9. I framed the shot in such a way so that I could crop it in a couple of ways, and also extract the subject for compositing variations in the background.

10. I instructed Ms. Dhillon to smile in order to convey a message of approachability and trustworthiness to her intended audiences.

11. After taking the photographs, I spent approximately 1.5 hours editing and retouching the Headshot Photograph in order to achieve the desired result. Specifically, in addition to some retouching on the face, I extracted or separated the subject from the background, so as to be able to change backgrounds as needed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed at the date set forth below in San Francisco, California.

Date: January 24, 2014

_____
Colin Hussey