HAROLD P. SMITH, ESQ. (SBN: 126985)
psmith@dhillonsmith.com
KRISTA L. SHOQUIST, ESQ. (SBN: 264600)
kshoquist@dhillonsmith.com
DHILLON & SMITH LLP
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Plaintiff
Harmeet K. Dhillon

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARMEET K. DHILLON,<br><br>             Plaintiff,<br><br>             v.<br><br>DOE 1, et al.,<br><br>             Defendants. | Case No. 13-CV-01465 SI<br><br>**DECLARATION OF KRISTA L. SHOQUIST IN SUPPORT OF OPPOSITION TO DEFENDANT DOE 1's MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO FRCP 12(c) OR FOR SUMMARY JUDGMENT**<br><br>**Hearing Date:** February 28, 2014<br>**Hearing Time:** 9:00 a.m.<br>**Courtroom 10, 19th Floor**<br>**Hon. Susan Illston** |

I, Krista L. Shoquist, declare:

1.      I am an attorney of record for the Plaintiff in the above-captioned action, pending in the Northern District of California. I am an attorney duly admitted to practice before the Courts of the State of California. I have personal knowledge of the matters set forth herein and if called as a witness could and would competently testify thereto. As to those matter stated on information and belief, I believe them to be true.

Declaration of Krista L. Shoquist

DHILLON & SMITH LLP

-1-

2.     On April 2, 2013, I filed on behalf of Plaintiff a complaint for statutory copyright infringement against anonymous Doe defendants in the United States District Court, Northern District of California. The same day, I filed an Ex Parte Application for Leave to Take Limited Discovery Prior to a Rule 26(f) Conference (the "Ex Parte Application"), on the grounds that the Defendants' identities could not be ascertained without resort to third party sources of information, including New Dream Network, LLC ("NDN"), which I am informed and believe is the web hosting provider that hosts the Munger Games website. This Court granted the Ex Parte Application, and I subsequently arranged for service on NDN of a subpoena that issued out of the Central District of California, where NDN is located.

3.     In September 2013, Defendant Doe 1 opened an action in the Central District of California for the purpose of moving to quash the subpoena to NDN. Prior to filing the motion to quash, counsel for Doe 1 made no attempt to meet and confer with counsel for Ms. Dhillon concerning the substance of the motion to quash, as required by the Local Rules of the Central District, Rules 7-3, 37-1, 37-2 and 37-4. For this reason, and as explained in an opposition to the motion to quash filed by Ms. Dhillon, the motion to quash was procedurally barred, as a threshold matter. The motion to quash was fully briefed by the parties and was set for hearing on November 26, 2013.

4.     On November 4, 2014, this Court issued and Order requiring counsel for Doe 1 to accept service of process on Doe 1's behalf and to promptly file a motion to dismiss and/or motion for summary judgment on Ms. Dhillon's copyright infringement claim. I spoke to Rick Cigel, counsel for Doe 1, about this Order and we agreed that it indicated this Court's intent to rule upon all issues between the Parties. Accordingly, Mr. Cigel and I agreed to file, and did file, a stipulation in the Central District court stating that Ms. Dhillon would withdraw her pending Central District-issued subpoena without prejudice, and that Doe 1 would withdraw and dismiss his motion to quash that subpoena without prejudice. The Central District court subsequently closed the case.

Declaration of Krista L. Shoquist

**DHILLON & SMITH LLP**

5.      Attached as Exhibit A is a true and correct copy of a record that I accessed online through the United States Copyright Office, concerning Ms. Dhillon's copyright in the photograph that is at issue in this lawsuit.

6.      Attached as Exhibit B is a true and correct copy of the "Meet Harmeet" article that was posted on the website www.mungergames.net in February, 2013.

7.       Attached as Exhibit C is a true and correct copy of an article posted online by the Sacramento Bee (sacbee.com), dated September 19, 2013, and entitled "FPPC approves new rules for political bloggers."

8.      In total, Doe 1 has had three separate opportunities, in two different district courts, to establish his affirmative defense of fair use. The first opportunity was in connection with Doe 1 and Michael J. Schroeder's Opposition to Plaintiff's Administrative Motions for Leave to Take Limited Discovery Prior to a Rule 26(f) Conference, which was filed on October 1, 2013, in this Court. Dkt. 30. The second opportunity was in connection with Doe 1's Motion to Quash Subpoena Issued in Central District of California to New Dream Network, LLC ("Motion to Quash"), filed on September 24, 2013, in the Central District of California. Attached as Exhibit D is a true and correct copy of the Motion to Quash. The third opportunity is in connection with the pending Motion for judgment on the pleadings and/or summary judgment.

9.      Attached as Exhibit E is a true and correct copy of an article posted on mungergames.net on October 3, 2013, which includes two separate hyperlinks linking to an article dated September 29, 2013, posted by Jon Fleischman on Flashreport.org. Attached as Exhibit F is a true and correct copy of the September 29, 2013 Flashreport.org article. The Flashreport.org is surrounded by advertisements, including ads stating "Your Ad Could Be Here."

10.      Attached as Exhibit G is a true and correct copy of an article posted on Flashreport.org, dated February 12, 2013, which includes a hyperlink to the mungergames.net website.

---

Declaration of Krista L. Shoquist

**DHILLON & SMITH LLP**

11.     Attached as Exhibit H is a true and correct copy of an article posted on mungergames.net, dated January 10, 2014. Attached as Exhibit I is a true and correct copy of an article posted on mungergames.net, dated May 31, 2013.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed at the date set forth below in San Francisco, California.

Date: January 28, 2014

_____/s/ Krista L. Shoquist_____
Krista L. Shoquist

Declaration of Krista L. Shoquist

DHILLON & SMITH LLP

-4-