

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Harmeet K. Dhillon photograph
Search Results: Displaying 1 of 1 entries



*Harmeet K Dhillon_cropped version et al.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001859929 / 2013-02-21 |
| **Application Title:** | Harmeet K. Dhillon photograph. |
| **Title:** | Harmeet K Dhillon_cropped version et al. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Harmeet K. Dhillon, Transfer: By written agreement. Address: 177 Post Street, Suite 700, San Francisco, CA, 94108, United States. |
| **Date of Creation:** | 2008 |
| **Date of Publication:** | 2008-06-19 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Colin Hussey; Domicile: United States; Citizenship: United States. Authorship: photograph(s) |
| **Rights and Permissions:** | Harmeet K. Dhillon, 177 Post Street, Suite 700, San Francisco, CA, 94108, United States, (415) 433-1700, harmeet@dhillonsmith.com |
| **Names:** | Hussey, Colin |
|  | Dhillon, Harmeet K. |





Help   Search   History   Titles   Start Over

Contact Us   |   Request Copies   |   Get a Search Estimate   |   Frequently Asked Questions (FAQs) about Copyright   |   Copyright Office Home Page   |   Library of Congress Home Page