**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HARMEET DHILLON,

    Plaintiff,

 v.

DOES 1 -10,

    Defendants.
    _____/

No. C 13-01465 SI

**JUDGMENT**

The motion for summary judgment filed by defendant Doe I has been granted. Judgment is entered accordingly against plaintiff and in favor of defendant Doe I.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 25, 2014

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE