1

2

3

4

5

6

7

8                                   IN THE UNITED STATES DISTRICT COURT

9                                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    HARMEET DHILLON,                                No. C 13-01465 SI

12                    Plaintiff,                      **JUDGMENT**

13        v.

14    DOES 1 -10,

15                    Defendants.
                                              /
16

17            The motion for summary judgment filed by defendant Doe I has been granted.  Judgment is

18    entered accordingly against plaintiff and in favor of defendant Doe I.

19

20            **IT IS SO ORDERED AND ADJUDGED.**

21

22    Dated: February 25, 2014                     _____

23                                                 SUSAN ILLSTON
                                                   UNITED STATES DISTRICT JUDGE
24

25

26

27

28

**United States District Court**
For the Northern District of California